# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 20−51084−rbk

Chapter No.: 11

Judge: Ronald B. King

IN RE: **KrisJenn Ranch, LLC, Series Pipeline Row** , Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at   VIA PHONE:(650)479−3207; AC 160−686−6761

on   **8/4/21   at   09:30 AM**

TELEPHONIC Hearing to Consider and Act Upon the Following: DIAL IN INFORMATION IS AS FOLLOWS: (650) 479−3207 Access Code 160−686−6761 (1) IF TIME ESTIMATE EXCEEDS 20 MINUTES OR (2) IF EXHIBITS WILL BE OFFERED PLEASE CONTACT DEANNA CASTLEBERRY @ deanna_Castleberry@txwb.uscourts.gov (Related Document(s): 15 Amended Disclosure Statement filed by Ronald J Smeberg for Debtor KrisJenn Ranch, LLC, Series Pipeline Row.) Hearing Scheduled For 8/4/2021 at 9:30 AM at VIA TELEPHONE−Conference Dial−In Number: (650)479−3207; Access Code: 160−686−6761 (Castleberry, Deanna)

Dated:  7/19/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKapac]