**The relief described hereinbelow is SO ORDERED.**

**Signed September 14, 2021.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, | § | CASE NO. 20-51084-rbk |
| SERIES PIPELINE ROW | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

**ORDER CONTINUING DISLCOSURE STATEMENT HEARING, IMPOSING DEADLINE TO FILE AMENDED PLAN AND DISCLOSURE STATEMENT, AND EXTENDING DEBTORS' EXCLUSIVITY PERIOD FOR CONFIRMING PLAN OF <u>REORGANIZATION</u>**

This matter came before the Court on KrisJenn Ranch, LLC, KrisJenn Ranch, LLC Series Pipeline ROW, and KrisJenn Ranch, LLC Series Uvalde Ranch's (the "Debtors"), Joint Disclosure Statement and the Court finds there is good cause to continue the hearing on the Joint Disclosure Statement, impose a deadline for the Debtors to file their second amended joint disclosure statement and plans of reorganization, and extend Debtors' exclusivity period for confirming plans of reorganization.

It is therefore,

ORDERED, ADJUDGED AND DECREED that

1) Debtors shall file their second amended joint disclosure statement and plans no later than September 30, 2021;

2) The hearing on Debtors' Joint Disclosure Statement, as amended, shall be held on October 13, 2021, at 9:30 a.m. in Court Room 3, 615 E. Houston Street, San Antonio, Texas 78205;

3) The Debtors shall have the exclusive right to solicit and confirm their plans of reorganization up to and including November 30, 2021

###

**Submitted By:**

THE SMEBERG LAW FIRM, PLLC

By: /s/ *Ronald J. Smeberg*
RONALD J. SMEBERG
State Bar No. 24033967
4 Imperial Oaks
San Antonio, Texas 78248
210-695-6684 (Tel)
210-598-7357 (Fax)
ron@smeberg.com
ATTORNEY FOR DEBTORS