**The relief described hereinbelow is SO ORDERED.**

**Signed March 21, 2022.**

_Ronald B. King_
**Ronald B. King**
**United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, | § | CASE NO. 20-51084-rbk |
| SERIES PIPELINE ROW | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

### ORDER MOOTING DEBTORS' AMENDED JOINT OBJECTION TO
### CLAIMS NOS. 2, 3, 4, AND 5 OF MCLEOD OIL, LLC WITH NOTICE THEREOF

This matter came before the Court pursuant to the Amended Joint Objection to Claim Nos. 2, 3, 4 and 5 of Mcleod Oil, LLC with Notice Thereof in the above captioned Jointly Administered Chapter 11 bankruptcy cases. This Court is of the opinion that a hearing on the Amended Joint Objection to Claim Nos. 2, 3, 4 and 5 of Mcleod Oil, LLC with Notice Thereof is no longer necessary. It is therefore:

ORDERED that the Amended Joint Objection is now Moot.

# # #

Respectfully submitted,

THE SMEBERG LAW FIRM, PLLC

/s/ *Ronald J. Smeberg*
Ronald J. Smeberg
State Bar No. 24033967
ron@smeberg.com
4 Imperial Oaks
San Antonio, Texas 78248
Tel: (210) 695-6684
Fax: (210) 598-7357

ATTORNEYS FOR DEBTORS