The relief described hereinbelow is SO ORDERED.

Signed April 27, 2022.

_____
**Ronald B. King**
**United States Bankruptcy Judge**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| KRISJENN RANCH, LLC, | § | CASE NO. 20-51084-rbk |
| SERIES PIPELINE ROW | § | |
| | § | |
| DEBTOR | § | (Jointly Administered) |

**ORDER ON KRISJENN RANCH, LLC, KRISJENN RANCH LLC, SERIES UVALDE RANCH, AND KRISJENN RANCH, LLC, SERIES PIPELINE ROW'S MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE**

Came on this date before the Court to be considered KrisJenn Ranch, LLC, KrisJenn Ranch LLC, Series Uvalde Ranch, and KrisJenn Ranch LLC, Series Pipeline Row, LLC's Motion for Entry of Final Decree Closing Cases Numbers **20-50805**, **20-51083**, and **20-51084**, respectively (the "Motion"), filed by KrisJenn Ranch, LLC, KrisJenn Ranch LLC, Series Uvalde Ranch, and KrisJenn Ranch LLC, Series Pipeline Row, LLC (hereinafter the "Debtors"), Reorganized Debtor in this Chapter 11 proceeding. After consideration of the pleadings and arguments of counsel, as well as the Court finding notice was proper to the necessary parties and objections to such closing having been resolved, this Court is of the opinion that the relief

Requested in the Motion is

GRANTED; and it is:

Further **ORDERED** that, within ten (10) days of entry of this order, Reorganized Debtors shall file a post confirmation quarterly report for the second quarter of 2022 up through the entry date of this order; and it is

Further **ORDERED** that Debtors shall timely pay to the United States Trustee the appropriate quarterly fees which are due and payable pursuant to 28 U.S.C. § 1930(a)(6). The payments must reflect debtors' account numbers and be remitted either: (i) electronically through pay.gov at https://www.pay.gov/public/form/start/672415208; or, (ii) by mail to the U.S. Bank lockbox (which upon receipt may take up to 72 hours to process) at United States Trustee Payment Center, P.O. Box 6200-19, Portland, OR 97228-6200, and it is

Further **ORDERED** that, this entry of final decree is without prejudice to the rights of the Reorganized Debtors or any other party in interest to seek to reopen these cases for good cause shown and it is

Further **ORDERED** that, his Court shall retain jurisdiction to enforce or interpret its own orders pertaining to the Chapter 11 Cases and over the Reorganized Debtors to the extent and for the purposes set forth in the plan. Furthermore, the Court shall retain jurisdiction over any pending matter in the Chapter 11 Cases as of the date hereof and it is

Further, **ORDERED, ADJUDGED, AND DECREED** that these proceedings are hereby CLOSED.

###

SUBMITTED AND ENTRY REQUESTED BY

SMEBERG LAW FIRM, PLLC
RONALD J. SMEBERG
Texas State Bar No. 24033967
4 Imperial Oaks
San Antonio, Texas 78248
(210) 695-6684, Telephone
(210) 598-7357, Facsimile
ron@smeberg.com
ATTORNEY FOR DEBTORS